# EXHIBIT C

**EXHIBIT C**

# SUPERIOR COURT OF CALIFORNIA
# County of SAN DIEGO

**Register of Actions Notice**

| | | | |
|---|---|---|---|
| Case Number: | 37-2023-00049985-CU-OE-CTL | Filing Date: | 11/16/2023 |
| Case Title: | Douglass vs MENZIES AVIATION USA INC [E-FILE] | Case Age: | 62 days |
| Case Status: | Pending | Location: | Central |
| Case Category: | Civil - Unlimited | Judicial Officer: | Katherine Bacal |
| Case Type: | Other employment | Department: | C-69 |

## Future Events

| Date | Time | Department | Event |
|---|---|---|---|
| 04/19/2024 | 09:30 AM | C-69 | Civil Case Management Conference - Complaint |

## Participants

| Name | Role | Representation |
|---|---|---|
| AIR MENZIES INTERNATIONAL USA INC | Defendant | |
| AIRCRAFT SERVICE INTERNATIONAL INC | Defendant | |
| Douglass, Richard | Plaintiff | Alvarado, Julieann; Hom, Jackland K; Lapuyade, Jean-Claude |
| MENZIES AVIATION USA INC | Defendant | |

## Representation

| Name | Address | Phone Number |
|---|---|---|
| ALVARADO, JULIEANN | 5440 Morehouse Drive 3600 San Diego CA 92121 | |
| HOM, JACKLAND K | 5440 Morehouse Drive Ste 3600 San Diego CA 92121 | (619) 599-8292, (619) 599-8291 |
| LAPUYADE, JEAN-CLAUDE | 5440 MOREHOUSE DRIVE SUITE 3600 San Diego CA 92121 | (619) 255-9047 |

| ROA# | Entry Date | Short/Long Entry | Filed By |
|---|---|---|---|
| 1 | 11/16/2023 | Complaint filed by Douglass, Richard. Refers to: MENZIES AVIATION USA INC; AIRCRAFT SERVICE INTERNATIONAL INC; AIR MENZIES INTERNATIONAL USA INC | Douglass, Richard (Plaintiff) |
| 2 | 11/16/2023 | Civil Case Cover Sheet filed by Douglass, Richard. Refers to: MENZIES AVIATION USA INC; AIRCRAFT SERVICE INTERNATIONAL INC; AIR MENZIES INTERNATIONAL USA INC | Douglass, Richard (Plaintiff) |
| 3 | 11/16/2023 | Original Summons filed by Douglass, Richard. Refers to: MENZIES AVIATION USA INC; AIRCRAFT SERVICE INTERNATIONAL INC; AIR MENZIES INTERNATIONAL USA INC | Douglass, Richard (Plaintiff) |
| 4 | 11/16/2023 | Case assigned to Judicial Officer Bacal, Katherine. | |
| 5 | 11/17/2023 | Civil Case Management Conference scheduled for 04/19/2024 at 09:30:00 AM at Central in C-69 Katherine Bacal. | |
| 6 | 11/17/2023 | Case initiation form printed. | |
| 7 | 12/18/2023 | Notice and Acknowledgment of Receipt filed by Douglass, Richard. Refers to: MENZIES AVIATION USA INC | Douglass, Richard (Plaintiff) |
| 8 | 12/18/2023 | Notice and Acknowledgment of Receipt filed by Douglass, Richard; Douglass, Richard; Douglass, Richard. Refers to: AIR MENZIES INTERNATIONAL USA INC | Douglass, Richard (Plaintiff); Douglass, Richard (Plaintiff); Douglass, Richard (Plaintiff) |
| 9 | 12/18/2023 | Notice and Acknowledgment of Receipt filed by Douglass, Richard; Douglass, Richard; Douglass, Richard. Refers to: AIRCRAFT SERVICE INTERNATIONAL INC | Douglass, Richard (Plaintiff); Douglass, Richard (Plaintiff); Douglass, Richard (Plaintiff) |