# EXHIBIT D

# LABOR AGREEMENT

## Between

## AIRCRAFT SERVICE INTERNATIONAL, INC.

## And

## LOCAL 74, United Service Workers Union, IUJAT

### MENZIES AVIATION SAN DIEGO STATION#529

### SAN DIEGO INTERNATIONAL AIRPORT

### San Diego, California

Effective: May 22, 2022
Duration: May 22, 2025

1

# AGREEMENT

WHEREAS the parties have reached by negotiations and collective bargaining a complete agreement on wages, hours of work, working conditions, and other related, negotiable subjects to be incorporated into a new Labor Agreement, which shall supersede all previous verbal and written agreements applicable to the employees in the bargaining unit defined herein which may have existed between the Employer and the Union,

THIS AGREENENT entered into this between ARCRAFT SERVICE NTERNATIONAL, NC. dba Menzies Aviation, at the San Diego International Airport, San Diego, California, hereinafter referred to as the "EMPLOYER", and LOCAL NO. 74, United Service Workers Union, hereinafter referred to as the "UNION" shall become effective as of July 1, 2012. It shall continue in full force and effect until and including May 20, 2015, and shall renew itself until each succeeding May 21 ', thereafter, unless written notice of intended change may be sewed in accordance with Section 6, Title I of the Railway Labor Act, to be effective, as amended; and provided further that until said procedures are exhausted or until a new Collective Bargaining Agreement is entered into, whichever occurs sooner, all of the terms of this Agreement shall continue to be and remain in full force and effect. A Section 6 notice must be submitted at least ninety (90) but not more than one hundred fifty (150) days prior to May 21, 2018 or any May 21st thereafter.

WITNESSETH:

For the purpose of promoting and perpetuating friendly relations between the Employer and the Union, for the employees covered by this Agreement, and to establish and maintain conditions of employment, the parties hereto hereby agree as follows:

## ARTICLE 1- PURPOSE OF AGREEMENT

The purpose of this Agreement is for the Employer, its employees and the Union to cooperate fully in order to provide for the continued operation and services of the Employer under conditions which will further the safety of air transportation and the efficiency of the operations of the Employer.

The employer and the Union agree that there shall be no discrimination against any individual with respect to employment, compensation, terms or conditions based upon age, sex, color, race, religion, national origin or veteran status/disability, nor will the Employer interfere, restrain or coerce any employee who, because of his/her membership therein, engages in lawful Union activities. Any individual who feels he/she is being subject to sexual ethnic and other forms or impermissible harassment, or discrimination agrees to bring his/her complaint to the grievance procedure for resolution first before seeking external remedies.

## ARTICLE 2- RECOGNITION

The Employer hereby voluntarily recognizes the Union, in accordance with the Railway Labor Act, as the sole collective bargaining agent for all employees at the San Diego, California station that come under the jurisdiction of the Union. No employee or Employer shall enter into any individual contract or sub-contract contrary to the provisions of this Agreement.

This contract may not be assigned and/or transferred to any other local within the Service Employees International Union without the expressed written consent of the Employer.

Duly authorized representatives of the Union shall be permitted to enter the building or establishments, in which the employees of the Employer are working, during working hours, for the purpose of observing conditions under which the employees of the Employer are working, provided that such visitations shall not cause any interruption of work.

Due to security restrictions on the Airport, it is the responsibility of the Union to have proper authorization/clearance from the Airport Authority to be at the Employer's work site. The Employer will continue to provide escort when necessary, providing advance notice is given when possible.

### ARTICLE 3- MANAGEMENT RIGHTS AND RESPONSBLITIES

The right to manage the Employer's business and direction of its employees including, but not limited to, the right to plan, direct and control the operation, the right to hire, promote, suspend or discharge for just cause, to assign to jobs and work assignments for employees, to transfer employees within the facility, to increase or decrease the working force, and to establish safety rules and rules of conduct, is vested exclusively in the Employer provided that nothing herein will be used against employees for the purpose of discrimination or to avoid any of the provisions of the Agreement. Members of management and/or supervisors shall be allowed to perform bargaining unit work for brief and occasional periods for instruction and services purposes, or if the need arises to assist employees in their working duties when in management's opinion it is necessary. It is understood that the use of management or supervisors doing bargaining unit work would in no event be done to avoid the payment of overtime to bargaining unit members.

### ARTICLE 4 - DEDUCTION OF UNION DUES

The Employer agrees during the full tern of this Agreement to deduct from the monthly pay of each employee to whom this Agreement applies, and from whom an authorization has been, or hereafter is received, Union dues and initiation fees, and will remit the total of such deductions to the Secretary-Treasurer of the Union.

### ARTICLE 5 - UNION SECURITY

It is understood and agreed by and between the Employer and the employee of the Employer, as represented by the Union, that:

(a) Each employee of the Employer covered by this Agreement shall become a member of the Union thirty (30) days from effective date of this Agreement and for new hires thereafter, thirty (30) days from date of employment.

(b) Failure of an employee, covered by this Agreement, to become a Union member in good standing, will result in his/her termination.

<u>Indemnification</u>

The Union will indemnify and save the Employer harmless against any and all claims, demands or other forms of liability, which may arise out of, or by reason of, any action

3

taken or not taken by the Employer, at the request of the Union, in accordance with the provisions of Article and Article a.

### ARTICLE 6- PROBATIONARY PERIOD

All new employees shall be subject to One Hundred & Eighty (180) calendar days probationary period, beginning at the date of their employment, wherein the Employer shall have the right to discharge said employee without cause. If it is deemed by the Employer that the employee gave false information in obtaining employment, either written, verbal, or both, the Employer shall have the right to immediately terminate said employee's employment. The probation period may be extended by mutual agreement between the Union and Employer.

### ARTICLE 7- WORKDAY - WORKWEEK

The full-time employees' workweek shall normally consist of forty (40) hours spread over a seven (7) day period. The workday shall be considered to be eight (8) or ten (10) hours exclusive of a lunch period. Employees are responsible for utilizing rest and/or lunch periods and must notify their Supervisor by utilizing the log to record break and meal periods as required.

Two (2) or three (3) consecutive days of rest will be given. (this can be changed by mutual agreement).

Part-time employees' normal workweek shall consist of no more than thirty-two (32) hours spread over a seven (7) day period.

All full-time employees shall be paid at the rate of time and one-half for all hours worked above forty (40) hours in a week, all hours worked above eight (8) or ten (10) hours during any workday, and all hours worked on the fifth (5th) consecutive day worked for a four (4) day workweek or the sixth (6th) consecutive day worked of a five (5) day workweek. All full-time employees will receive double time for all hours worked above twelve (12) hours during any eight (8) hour workday and above fourteen (14) hours during any ten (10) hour workday, and all hours worked on the seventh (7th) consecutive day worked.

It is agreed that overtime payment shall not be pyramided, and that no employee shall be paid twice for the same hours worked.

There shall be a minimum four (4) hours call-in for all full-time employees.

No pay shall be granted wider this section where work is not available by such reasons as including, but not limited to, dismissal for just cause, an Act of God, fire, flood, power failure, or Airport closure.

### ARTICLE 8- VACATION AND HOLIDAY

All Employees hired before September 1st 2018 will follow Menzies Aviation hourly Employee Vacation and holiday Policy effective January 1st, 2019, all employees hired after September 1st, 2018 will follow Menzies Aviation Vacation and Holiday policy effective immediately, see MA policy attached. Employees, subject to management approval, can schedule Vacation time.

4

Where there is a conflict in Vacation Hours scheduling with other employees, the choice of the senior employee within the department will be given preference unless selected previously by the junior employee; though all scheduling is subject to business needs as determined by the Station General Manager. The Company reserves the right to determine when all Vacation Hours may be taken.

Vacation Hours are not paid concurrently if the employee is also receiving workers compensation. Vacation Hours may not be used for work-related injuries.

Vacation Hours may be used to supplement Short Term Disability (STD) benefits at the employee's option. The combined STD and Vacation Hours may not exceed forty (40) hours a week.

Employees on disciplinary suspension or participating in a work interruption may not use or accrue Vacation Hours.

Employees on Family Medical leave (including maternity leave) will use Vacation hours before unpaid leave begins.

Vacation Hours do not count as hours worked towards the calculation of overtime pay.

Lay Off - An employee who is laid-off will receive his/her unused cut accrued Vacation balance but not any portion of remaining ASIG sick hours from previous programs.

**HOLIDAY PAY**

Holiday pay for work performed on recognized holidays shall be paid at one and one half (1.5) times the Employee's regular rate of pay to a maximum of 8 hours. Recognized holidays shall include: New Years' Day, Independence Day, Thanksgiving Day, Christmas Day

If you work on any of the holidays listed above, you will be entitled to receive holiday pay. In order to qualify for holiday, pay you must have worked your scheduled shift on the day before and after the holiday. Failure to do so will result in the forfeiture of your holiday pay. There is not entitlement to time off in lieu of working on a holiday.

If you are not scheduled to work on any of these days, you will not receive any holiday pay for that day. Overtime rate will apply if you work additional hours at the rate stated in Section 7.

If you have any questions regarding holidays and holiday pay, please see your local HR representative.

**BEREAVEMENT LEAVE**

In the event of a death in the immediate family (parent, son, daughter, wife, husband, brother or sister, mother-in-law, father-in-law, or grandparents) of an employee covered by this Agreement, said employee shall be allowed up to two (2) days off with pay.

If the above defined death in the immediate family occurs more than 500 miles from the ASIG SAN operation, the employee taking such time off will be allowed up to of five (5) days, the first 2 days with pay, all other days are without pay. **The Company reserves the right to request proof of death and relationship for the death of a family member.**

5

**Any other Leave of absence or illness that causes an employee to miss three days of work or more must be coordinated through the Menzies Aviation Department.**

### ARTICLE 9- UNIFORMS

In the event the Employer requires the wearing of uniforms, it is agreed that such uniform shall be furnished and maintained by the Employer. The employee agrees to take good care of such uniforms and not wear them except in the course of his/her working hours, mealtimes excepted.

Shorts may be worn by the employees in a style and color approved by the Employer. Employees must order the uniforms through the Employer's supplier and are responsible for the cost of the shorts.

Employer will purchase and maintain a supply of raingear that will be issued to employees during inclement weather.

### ARTICLE IO- SENIORITY

Merit and ability being equal, seniority shall be the sole determining factor in case of layoffs and call-back of employees. The Employer will furnish a seniority roster and keep it current; or if any changes occur, they shall be listed within thirty (30) days.

Overtime shall be offered according to seniority wherever possible. If at any time no one accepts the offered overtime, the Employer may start drafting employees from the bottom of the seniority list but will include all employees in the draft on a rotating basis. As far a possible the employer will draft employees for over time only on the employee's first four days of the employee's regular work week.

Vacation periods set forth by management shall be bid by the employees whose preference shall be by seniority.

Any employee engaged in the Armed Forces or who has been drafted into the Armed Forces will be considered on a leave of absence. After employees engaged in military service have completed their required tour of duty, they must report to work under the provisions of the USERRA (Uniformed Services Employment and Reemployment Rights Act).

Part time employees working a minimum of 20 hours per week will accrue seniority at fifty percent (50%) for purposes of earning Personnel Paid Hours. The Employer will not create any new part time positions of less than 20 hours per week without first discussing it with the Union.

**Cause for Discharge:**

- Fighting
- Stealing
- Drunkenness, drinking on the job,

6

- Being under the influence of a controlled substance on duty,
- Unlawful possession of a controlled substance, or using a controlled substance at any time while on the Employer's premises, unlawful sale of a controlled substance,
- Refusing to submit to testing for drug or alcohol usage in accordance with the provisions of this Agreement,
- Serious improper behavior or discourtesy toward a customer,
- Insubordination,
- Failure to report for work without just cause or walking off the job during a shift.

An Employee may be discharged when the Company has received an order from an airline customer refusing to allow employee to work on their account. Provided that the company has no other placement available for the employee within their classification, for which they are qualified.

Employees may be subject to disciplinary measures when the Airport Authority issues a Notice of Violation (NOV) for failure to adhere to an Airport Authority Rule & Regulation.

No employee, after having completed the probationary period, shall be discharged except for just cause, except as provided for above. Prior to any discharge an employee must be given a written warning and a reasonable opportunity to correct the deficiency.

An employee's continuous service, seniority and status as an employee will be broken when:

(a) The employee quits.

(b) The employee is discharged for just cause.

(c) The employee is absent exceeding the period of an authorized leave of absence.

(d) The employee is absent, due to injury or illness sustained during employment, exceeding the period for which statutory, temporary, total disability payments are payable under the law, provided that the employee shall have one (1) week after his/her release in which to return to work. However, the time required for an appeal through the appeals officer level shall not, in and of itself, constitute a break in the employee's seniority.

(e) The employee is absent because of layoff exceeding six (6) months if the employee had less than six (6) months of active employment when the layoff began or absent because of layoff exceeding twelve (12) months if he had six (6) or more months of active employment when the layoff began.

(f) The employee is absent exceeding six (6) months because of illness or injury not compensable under Workers Compensation; notwithstanding FMLA or ADAA accommodations.

7

## ARTICLE 11- WAGES

A Schedule of Wages as mutually agreed between the two parties hereto shall be prepared and attached to and become a part of this Agreement and referred to as Appendix A.

Superior Work person. The wage scales in the Agreement are minimum scales and do not prohibit the Employer from paying higher wages. It is specifically agreed that employees compensated at said higher wage rates may be returned to the scales published herein at the sole discretion of the Employer. Employees paid Superior Work person shall have their wages increased by amounts of not less than the increases in the minimum wage scales, as specified in Appendix "A," for the classifications in which they are employed.

## ARTICLE 12 - GRIEVANCE PROCEDURE

For the purpose of this Agreement, the term "Grievance" means any dispute between the Employer and the Union or between the Employer and any employee of the Employer. Any such grievance shall be settled in accordance with the following grievance procedure:

<u>Step 1.</u> In the event any employee has a grievance, he/she shall report to his/her Steward during the work shift. The Steward and the aggrieved employee will discuss the employee's complaint and attempt to settle it orally with the employee's supervisor.

<u>Step 2.</u> In the event no satisfactory decision is arrived at between the supervisor, the employee, and the Steward, then the Steward shall file the employee's grievance in writing to the General Manager within three (3) days of the alleged incident or it will be adjudged dissolved. The written grievance shall be in duplicate and signed by the employee.

<u>Step 3.</u> If the grievance is not settled to the satisfaction of the General Manager, the Steward and the employee, then the Steward shall notify the Business Representative, who shall contact the General Manager, or his/her designee, and request a meeting. Such a meeting shall take place within two (2) weeks of the request, unless an extension of time is mutually agreed upon between the parties. Within two (2) days of the meeting, the General Manager, or his/her designee, shall render his/her decision to the Union's Business Representative. If the Employer's decision is rejected by the Union, the grievance shall be submitted to arbitration as provided below:

  1. The Union's Business Representative shall meet with the Employer's Representative and select an arbitrator to whom the grievance case shall be submitted.

  2. If in any case an arbitrator is not agreed upon between the Union's Representative and the Employer's Representative within fifteen (15) working days of the date of the notice of intent to submit to arbitration, then the parties shall refer the matter to the Federal Mediation and Conciliation Service for the selection of an Arbitrator whose determination and findings shall be final and binding to both parties to this Agreement There shall be no appeal from the decision of the arbitrator by either the Union or the Employer.

8

3. In disciplinary layoff or discharge cases, the arbitrator shall have the power to adjudge whether or not the employee is guilty or innocent If the arbitrator shall judge the employee innocent of the offense for which he/she was laid off or discharged, the Employer shall reinstate the employee with accumulated seniority and, in case the employee was penalized by loss of working time, the employee shall be paid those wages which he/she lost while laid off or discharged, less any unemployment compensation or other compensation he/she may have received from a third party during the time separated from the Employer.

4. After the case has been referred to arbitration, it may be withdrawn by the submitting party at any time prior to the actual hearing before the arbitrator.

5. Regardless of the outcome of any matters submitted to arbitration, costs thereof shall be borne equally by the Employer and the Union. Such costs shall be limited to the arbitrator's fees and expenses. The cost of any additional services required by either party shall be borne by the party requesting these additional services.

6. The arbitrator shall render his/her decision within thirty (30) calendar days after closing of the arbitration proceedings. A copy of the decision shall be delivered or mailed to each of the parties of this Agreement.

7. The arbitrator may not add to, subtract from, modify or otherwise alter the provisions of this Agreement nor shall his/her authority exist or extend in any way beyond the termination of this Agreement.

## **ARTICLE 13 - STRIKES - LOCKOUTS**

During the life of this Agreement, there shall be no strike, slowdown, sit-down, stay-in, boycott, sympathy strike, picketing, work stoppage or any other type of interference of any kind, coercive or otherwise, with the Employer's business by the Union, any of its officers or representatives, or any individual employee, and further, the Union will do everything in its power to prevent its members, officers, representatives, and employees, either individually or collectively, from participating in any unauthorized strike, work stoppage, slowdown or other activity aforementioned, including, but not limited to, publicly disavowing such action and ordering all such officers, representatives, employees, or members who participate in such unauthorized activity to cease and desist from the same immediately and to return to work, along with such other steps as may be necessary. The Employer may impose disciplinary measures. The Employer agrees not to lockout, or cause to be locked out, an employee covered under the provisions of this Agreement. Grievance and Arbitration procedures are being herewith set forth for the settlement of disputes and differences in the interpretation and execution of this Agreement.

## **ARTICLE 14 - WELFARE**

The Company and the Union agree to accept the USWU offered Health, Dental, Life and Vision Insurance (BCBS Plan "B") programs. Employees and their dependents are eligible to be covered under the plan on the first (1st) of the month following sixty (60) days of continuous active employment. Should eligibility changes be mandated by the Health Care Reform Law, aka, the Affordable Care Act, or state law relative to eligibility requirements,

9

levels of coverage or premiums; the law will govern. The Company and the Union agree to automatic changes in the eligibility definition unless said changes result in a change in the premiums or cost to comply with the Affordable Care Act's requirements.

<u>January 1.2015 - December 31.2015</u>

Employee for Single Coverage          $139.38/bi-weekly.

Employee for Family Coverage          $355.00/mo.

Effective January 1, 2016; employees will pay Company rates for healthcare coverage.

## ARTICLE 15- BULLETIN BOARDS

The Employer agrees to place a Bulletin Board in a conspicuous place in the warehouse of the Employer for the use of the Union in the posting of Union notices relating to Union meetings, elections, social, recreational, and educational activities.

## ARTICLE 16 - FEDERAL/STATE LAWS AND EXECUTIVE ORDERS

Should any Federal or State Laws or any Executive Order of the President of the United States or the final determination of any board or court of competent jurisdiction of the parties hereto and the subject matter affect any provision or provisions of this Agreement, the provision or provisions so affected shall be made to conform to the law, order or determination; both parties hereto agree to enter into negotiations within fifteen (15) days after final adoption of such law, order or determination, on the Articles herein so affected.

## ARTICLE 17- LEAVE OF ABSENCE

The Company, in compliance with the federal Family Medical Leave Act (FMLA) and The State of California Family Rights Act (CFRA) and pregnancy leave laws (PDL) provides time off, without pay, for eligible employees:

- for the birth of a son or daughter, and to care for the newborn child.
- for the placement with the employee of a child for adoption for foster care, and to care for the newly placed child.
- to care for an immediate family member (spouse/registered domestic partner, child (up to 18 unless they are "incapable of self-care"), or parent but not a parent "in-law") with a serious health condition.
- when the employee is unable to work because of a serious health condition. (Serious health condition is defined in Regulation 29 CFR Part 825.114.);
- to an employee who is disabled on account of pregnancy or a pregnancy-related condition;
- to certain members of the Armed Forces and their family under specified conditions.

10

This section provides an overview of applicable laws; the Company will comply with applicable laws even if they are not fully addressed in this section, and as they may be amended from time to time during the term of this Contract

1.  Newborn or Newly Placed Child. Leave to care for a newborn child or for a newly placed child must conclude within 12 months after the birth or placement and may not be taken for intermittent periods of less than two weeks or on a reduced schedule, except that for baby bonding purposes, the COMPANY will grant a request for leave of less than two weeks' duration on any two occasions (unless the employee takes leave for her own serious health condition in connection with the birth of a child or for the serious health condition of the employee's newborn child). Spouses employed by the same employer arc limited to a combined total of 12 workweeks, except if leave is taken for the employee's own serious health condition or for the serious health condition of his or her own child.

2.  12 Workweeks. The Company's FMLA/C.E.RA leave provides eligible employees upon their request to take unpaid leave for up to 12 workweeks in a "look-back" 12-month period if they meet the following qualifications. Likewise, should the employee meet the following qualifications the COMPANY may place the employee on FMLA/CFRA: Employees eligible for the above must be employed at least 12 months and, work at least 1,250 hours for ASIG in that 12-month period. Where more than one of the leave laws applies, the leaves will run concurrently to the maximum extent possible upon written request from the COMPANY to the employee to complete the FMLA "Request for FMLA" form, failure to do so my by the employee within 15 days waives his/her right to FMLA.

3.  Sick Leave or Vacation Time. Employees must use any paid sick leave on FMLA. Employees must use earned vacation tune on FMLA. While on FMLA, the employee does not accrue vacation time.

4.  Health Benefits. While on FMLA, the employee is entitled to health benefits (employee is responsible for paying his or her portion of the monthly premium).

5.  Restoration of Job. The employee is generally entitled to be restored to the job occupied prior to the leave or an equivalent position. (Vacation and sick time are not accrued while on the FMLA, but will commence once reinstated to work).

6.  Worker's Compensation. FMLA and worker's compensation are concurrent provided the reason for the absence is due to a qualifying serious health condition.

7.  Foreseeable Leave. Where leave is "foreseeable" ASIG requires: 30 day advance notice via completion of a FMLA Request Form notice, and a certification from a health care provider. (Certification of Physician or practitioner forms and the FMLA Request Form may be obtained from your personnel Representative).

8.  Medical Certification. ASIG requires that medical certification by a health care provider within 15 days when leave is unforeseeable. Where the COMPANY was not made aware that an employee was absent for FMLA reasons and the employee wants the leave

11

counted as FMLA leave, timely notice within two business days of returning to work that leave was taken for an FMLA qualifying reason must be given.

9.  Substance Abuse Substance abuse may be covered where a stay in an inpatient treatment facility is required. However, absence because of the employee's use of the substance, without treatment, does not qualify for FMLA.

10. Pregnancy Disability Leave. The Pregnancy Disability Leave (PDL) is for any period(s) of actual disability caused by an employee's pregnancy, childbirth or related medical conditions up to four months (or 88 work days for a full time employee) per pregnancy. The PDL does not need to be taken in one continuous period of time but can be taken on an as-needed basis. Time off needed for prenatal care, severe morning sickness, doctor-ordered bed rest, childbirth, and recovery from childbirth would all be covered by PDL. The employee requesting PDL must provide a certification from the employee's health care provider to support the leave request or a request for a transfer (if applicable and available). The certification should include the date on which the employee became disabled on account of pregnancy or the date of the medical advisability for the transfer, the probable duration of the disability or transfer need, and a statement that, due to the pregnancy disability, the employee is not able to work at all or perform any one or more of the essential functions of the position without undue risk to the employee, the successful completion of the pregnancy or to other persons, or a statement that due to the employee's pregnancy a transfer is medically advisable.

ll. Military Caregiver Leave. An eligible employee who is a spouse, son, daughter, parent, or next of kin of a covered servicemember with a serious injury or illness may take up to a total of 26 workweeks of unpaid leave during a "single 12-month period" to for the servicemember. A covered servicemember is a current member of the Armed Forces, including a member of the National Guard or Reserves, who is undergoing medical treatment, recuperation, or therapy, is otherwise in outpatient status, or is otherwise on the temporary disability retired list, for a serious injury or illness, and eligible employees for veterans undergoing medical treatment, recuperation or therapy for any injury or illness occurring in the line of duty or a veteran who is undergoing medical treatment, recuperation, or therapy for a serious injury or illness if the veteran was a member of the Armed Forces at any time during the period of 5 years preceding the date on which the veteran undergoes the medical treatment, recuperation, or therapy. Caregiver leave can last up to 26 weeks in a single 12-month period to care for the covered servicemember who has a "serious injury or illness." The "single 12-month period" for leave to care for a covered servicemember with a serious injury or illness begins on the first day the employee takes leave for this reason and ends 12 months later, regardless of the 12-month period established by the employer for other types of FMLA leave. An eligible employee is limited to a combined total of 26 workweeks of leave for any ALA-qualifying reason during the "single 12-month period." (Only 12 of the 26 weeks total may be for a FMLA-qualifying reason other than to care for a covered servicemember.)

For a current member of the Armed Forces, a serious injury or illness is defined as an injury or illness that was incurred by the member in line of duty on active duty or that existed before the beginning of the member's active duty and aggravated by service in line of duty on active duty in the Armed Forces that my render the member medically unfit to perform the duties of the member's office, grade, rank, or rating. For a veteran, a serious injury or illness means a

12

qualifying (as defined by the Secretary of Labor) injury or illness that was incurred in line of duty on active duty (or existed before the beginning of the member's active duty and was aggravated by service in line of duty on active duty in the Armed Forces) and that manifested itself before or after the member became a veteran.

12.     Military Exigency Leave. An eligible employee may take up to a total of 12 workweeks of unpaid leave during the normal 12-month period established by the employer for FMLA leave for qualifying exigencies arising out of the fact that the employee's spouse, son, daughter, or parent is on active duty, or has been notified of an impending call or order to active duty, or his support of a contingency operation. Qualifying exigency leave is available to family members of active duty servicemembers, i.e., members of a regular component of the Armed Forces during deployment with the Armed Forces to a foreign country. For members of the reserve components of the Armed Forces (members of the U.S. National Guard and Reserves), it means during deployment of the member to a foreign country under a call or order to active duty under a provision of Law referred to in section 101(A)(13)(B) of Title 10, United States Code.

Qualifying exigencies include:

Issues arising from a covered military member's short notice deployment (i.e., deployment on seven or less days of notice) for a period of seven days from the date of notification;

- Military events and related activities, such as official ceremonies, programs, or events sponsored by the military or family support or assistance programs and informational briefings sponsored or promoted by the military, military service organizations, or the American Red Cross that are related to the active duty or can to active duty status of a covered military member;

- Certain childcare and related activities arising from the active duty or call to active duty status of a covered military member, such as arranging for alternative childcare, providing childcare on a non- routine, urgent, immediate need basis, enrolling or transferring a child in a new school or day care facility, and attending certain meetings at a school or a day care facility if they are necessary due to circumstances arising from the active duty or call to active duty of the covered military member;

- Making or updating financial and legal arrangements to address a covered military member's absence;

- Attending counseling provided by someone other than a health care provider for oneself. the covered military member, or the child of the covered military member, the need for which arises from the active duty or call to active duty status of the covered military member;

- Taking up to five days of leave to spend time with a covered military member who is on short- term temporary, rest and recuperation leave during deployment

- Attending to certain post-deployment activities, including attending arrival ceremonies, reintegration briefings and events, and other official ceremonies or programs sponsored by the military for a period of 90 days following the termination

13

of the covered military member's active duty status, and addressing issues arising from the death of a covered military member;

- Any other event that the employee and the COMPANY agree is a qualifying exigency.

- Spouses employed by the COMPANY are limited to a combined total of 26 workweeks in a "single 12-month period" if the leave is to care for a covered servicemember with a serious injury or illness, and for the birth and care of a newborn child, for placement of a child for adoption or foster care, or to care for a parent who has a serious health condition.

FMLA leave may be taken intermittently whenever medically necessary to care for a covered servicemember with a serious injury or illness. FMLA leave also may be taken intermittently for a qualifying exigency arising out of the active duty status or call to active duty of a covered military member. When leave is needed for planned medical treatment, the employee must make a reasonable effort to schedule treatment so as not to unduly disrupt the COMPANY'S operation.

Under certain conditions, employees or the COMPANY may choose to "substitute" (run concurrently) accrued paid leave (such as sick or vacation leave) to cover some or all of the FMLA leave. An employee's ability to substitute accrued paid leave is determined by the terms and conditions of the Company's normal leave policy.

13. Employee Notice. Employees seeking to use military caregiver leave must provide 30 days advance notice of the need to take FMLA leave for planned medical treatment for a serious injury or illness of a covered service member. If leave is foreseeable but 30 days advance notice is not practicable, the employee must provide notice as soon as practicable- generally, either the same or next business day. An employee must provide notice of the need for foreseeable leave due to a qualifying exigency as soon as practicable. When the need for military family leave is not foreseeable, the employee must provide notice to the employer as soon as practicable under the facts and circumstances of the particular case. Generally, it should be practicable to provide notice for unforeseeable leave within the time prescribed by the COMPANY'S usual and customary notice requirements.

## **ARTICLE 18 - JURY DUTY**

Any employee who is summoned to serve as a juror can attend with proof of proper documentation from court, Company will not be responsible for any payment.

## **ARTICLE 19- MISCELLANEOUS**

1. Both the Union and the Employer agree to follow the current Employer's "Family Medical Leave "Policy", "Return to Work Policy" and "Drug and Alcohol Policy".

2. Both the Union and the Employer agree that all employees are subject to Random Drug Testing by and outside independent Company. All Drug testing will be administered in compliance with all Federal and State laws.

3. Both the Union and the Employer agree to follow the Employer's "Secure" Safety program.

4. All Employee warning notices, shall be voided 18 months from the date of issue, and shall not be used against the employee for any future discipline.

5. Qualified individuals with disabilities may require reasonable accommodation during the application process and/or during the course of their employment. Requests for reasonable accommodation must be in writing to Human Resources. The request should specify what accommodation(s) he or she needs to perform the job. The Company will then conduct an investigation to identify the barriers that interfere with the equal opportunity of the employee to perform his or her job. The Company will identify possible accommodations, if any, that will help eliminate the limitation(s). If the accommodation is reasonable and will not impose an undue hardship, ASIG will make the accommodation.

6. Paid Sick Leave-Sick Leave for this location is subject to state or City Ordinance sick leave requirements.

**ARTICLE 20 - DURATION OF AGREEMENT**

This Agreement shall be effective as of May 22, 2022, and shall remain in full force and effect for a period of three (3) years.

IN WITNESS WHEREOF, the parties hereto have set their hands and seal on this_____day of March 2023.

**THE COMPANY**

Talin Bazerkania
Senior Vice President HR
Menzies Aviation, Inc.

**THE UNION**

3-13.23

Sal Alladeen
President
United Service Workers Union
Local 74

15

# APPENDIX "A"

WAGE SCALE:

Fueler-
- Start $18.75/ hr.
- After 6 months $19.00/ hr. (Eff. 09/02/2022)
- 09/01/2023 $19.25/hr.
- 09/01/2024 $19.50/hr.
- 09/01/2025 $19.75/hr.

GSE Mechanics will be covered under state law.

Leads/Dispatchers -
$20.75/hr.

Lead Pay:+$2.00 hr.


Menzies Aviation has limited available parking at its offices, any employee may purchase a parking pass (at employee cost) for the Employee Parking Lot directly through ACE Parking.

16

17