CHRISTOPHER WARD, CA Bar No. 238777
   cward@foley.com
KALEB N. BERHE, CA Bar No. 302080
   kberhe@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
TELEPHONE: 213.972.4500
FACSIMILE: 213.486.0065

Attorneys for Defendants AIRCRAFT SERVICE INTERNATIONAL, INC., AIR MENZIES INTERNATIONAL (USA), INC., and MENZIES AVIATION (USA), INC.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DOUGLASS, AN INDIVIDUAL, ON BEHALF OF HIMSELF, AND ON BEHALF OF ALL PERSONS SIMILARLY SITUATED,<br><br>                Plaintiff,<br><br>  vs.<br><br>MENZIES AVIATION (USA) INC., A DELAWARE CORPORATION; AIRCRAFT SERVICE INTERNATIONAL, INC., A DELAWARE CORPORATION; AIR MENZIES INTERNATIONAL (USA) INC., A DELAWARE CORPORATION; AND DOES 1-50, INCLUSIVE,<br><br>                Defendants. | Case No. **'24CV0115 JO   DDL**<br><br>**PROOF OF SERVICE**<br><br><u>Filed Concurrently With:</u><br><br>1. Notice of Removal;<br>2. Declaration of Christopher Ward;<br>3. Civil Cover Sheet; and<br>4. Disclosure Statement and Certification and Notice of Interested Parties |

PROOF OF SERVICE
Case No.

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action; my current business address is 555 South Flower Street, Suite 3300, Los Angeles, CA 90071-2418.

On January 17, 2024, I served the foregoing document(s) described as:

**1. DEFENDANTS MENZIES AVIATION (USA) INC., AIRCRAFT SERVICE INTERNATIONAL, INC., AND AIR MENZIES INTERNATIONAL (USA) INC.'S NOTICE OF REMOVAL OF ACTION (FEDERAL QUESTION JURIDICTION);**

**2. DECLARATION OF CHRISTOPHER WARD IN SUPPORT OF DEFENDANTS MENZIES AVIATION (USA) INC., AIRCRAFT SERVICE INTERNATIONAL, INC., AND AIR MENZIES INTERNATIONAL (USA) INC.'S NOTICE OF REMOVAL OF ACTION (FEDERAL QUESTION JURIDICTION);**

**3. CIVIL COVER SHEET; AND**

**4. DEFENDANTS MENZIES AVIATION (USA) INC., AIRCRAFT SERVICE INTERNATIONAL, INC., AND AIR MENZIES INTERNATIONAL (USA) INC.'S DISCLOSURE STATEMENT AND CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

on the interested parties in this action as follows:

Shani O. Zakay
Jackland K. Hom
Julieann Alvarado
Zakay Law Group, APLC
5440 Morehouse Drive, Suite 3600
San Diego, CA 92121
Telephone: (619)255-9047
Facsimile: (858) 404-9203
shani@zakaylaw.com
jackland@zakaylaw.com
julieann@zakaylaw.com

Jean-Claude Lapuyade
JCL Law Firm, APC
5440 Morehouse Drive, Suite 3600
San Diego, CA 92121
Telephone: (619) 599-8292
Facsimile: (619) 599-8291
jlapuyade@jcl-lawfirm.com

***Attorneys for Plaintiff Richard Douglass***

__X__  BY E-MAIL
   __X__  I served the foregoing document via e-mail to the addressees above at the e-mail addresses listed therein.

__X__  Executed on January 17, 2024, at Los Angeles, California.

__X__  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*/s/ Vivian Hong*
Vivian Hong

PROOF OF SERVICE
Case No.

-1-