CHRISTOPHER WARD, CA Bar No. 238777
   cward@foley.com
KALEB N. BERHE, CA Bar No. 302080
   kberhe@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
TELEPHONE:  213.972.4500
FACSIMILE:   213.486.0065

Attorneys for Defendants AIRCRAFT
SERVICE INTERNATIONAL, INC., AIR
MENZIES INTERNATIONAL (USA), INC.,
and MENZIES AVIATION (USA), INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DOUGLASS, AN INDIVIDUAL, ON BEHALF OF HIMSELF, AND ON BEHALF OF ALL PERSONS SIMILARLY SITUATED,<br><br>               Plaintiff,<br><br>   vs.<br><br>MENZIES AVIATION (USA) INC., A DELAWARE CORPORATION; AIRCRAFT SERVICE INTERNATIONAL, INC., A DELAWARE CORPORATION; AIR MENZIES INTERNATIONAL (USA) INC., A DELAWARE CORPORATION; AND DOES 1-50, INCLUSIVE,<br><br>               Defendants. | Case No. **'24CV0115 JO    DDL**<br><br>**DEFENDANTS AIRCRAFT SERVICE INTERNATIONAL, INC., AIR MENZIES INTERNATIONAL (USA), INC., AND MENZIES AVIATION (USA), INC'S DISCLOSURE STATEMENT AND CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br><br><u>Filed Concurrently With:</u><br><br>1. Notice of Removal;<br>2. Declaration of Christopher Ward;<br>3. Civil Cover Sheet; and<br>4. Proof of Service |

Pursuant to Federal Rule of Civil Procedure 7.1 and Central District Local Rule 7.1-1, the undersigned, counsel of record for Defendants AIRCRAFT SERVICE INTERNATIONAL, INC., AIR MENZIES INTERNATIONAL (USA), INC., and MENZIES AVIATION (USA), INC. (collectively, "Menzies" or "Defendants") certifies that the following parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1.    Plaintiff has a pecuniary interest in the outcome of this case because it is the Plaintiff who brought this action.

2.    Defendants all have a pecuniary interest in the outcome of this case because they are defendants.

3.    Additionally, John Menzies Limited is the parent company of Menzies Aviation, Inc., which is the parent company of both Menzies Aviation (USA), Inc. and Aircraft Service International, Inc.  John Menzies Limited is privately owned and not publicly traded anywhere in the world.

4.    Defendant Air Menzies International (USA), Inc. is not part of Aircraft Service International, Inc. or Menzies Aviation (USA), Inc. and not part of the Menzies Aviation, Inc. tree of companies operating in the United States.  Plaintiff had no employment or legal relationship with Air Menzies International (USA), Inc. and Air Menzies International (USA), Inc. is not a proper party defendant in this matter.

DATE:  JANUARY 17, 2024

FOLEY & LARDNER LLP
CHRISTOPHER WARD
KALEB N. BERHE

By: */s/ Christopher Ward*
CHRISTOPHER WARD
Attorneys for Defendants AIRCRAFT SERVICE INTERNATIONAL, INC., AIR MENZIES INTERNATIONAL (USA), INC., and MENZIES AVIATION (USA), INC.

DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES
Case No.
-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES
-2-
Case No.