CHRISTOPHER WARD, CA Bar No. 238777
  cward@foley.com
KALEB N. BERHE, CA Bar No. 302080
  kberhe@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
TELEPHONE: 213.972.4500
FACSIMILE: 213.486.0065

Attorneys for Defendants AIRCRAFT SERVICE INTERNATIONAL, INC., AIR MENZIES INTERNATIONAL (USA), INC., and MENZIES AVIATION (USA), INC.

SHANI O. ZAKAY, CA Bar No. 277924
  shani@zakaylaw.com
JACKLAND K. HOM, CA Bar No. 327243
  jackland@zakaylaw.com
JULIEANN ALVARADO, CA Bar No. 334727
  julieann@zakaylaw.com
**ZAKAY LAW GROUP, APLC**
5440 MOREHOUSE DRIVE, SUITE 3600
SAN DIEGO, CA 92121
TELEPHONE: 619.255.9047
FACSIMILE: 858.404.9203

*[additional counsel on next page]*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DOUGLASS, AN INDIVIDUAL, ON BEHALF OF HIMSELF, AND ON BEHALF OF ALL PERSONS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>MENZIES AVIATION (USA) INC., A DELAWARE CORPORATION; AIRCRAFT SERVICE INTERNATIONAL, INC., A DELAWARE CORPORATION; AIR MENZIES INTERNATIONAL (USA) INC., A DELAWARE CORPORATION; AND DOES 1-50, INCLUSIVE,<br><br>Defendants. | Case No. 3:24-cv-00115-JO-DDL<br><br>**JOINT MOTION TO CONTINUE THE EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>Action Removed: January 17, 2024<br><br>Magistrate Judge: Hon. David D. Leshner<br><br>Early Neutral Evaluation<br>Date:    March 4, 2024<br>Time:    2:00 p.m.<br>Location:  Videoconference |

1
2  JEAN-CLAUDE LAPUYADE, CA Bar No. 248676
   jlapuyade@jcl-lawfirm.com
3  **JCL LAW FIRM, APC**
   5440 MOREHOUSE DRIVE, SUITE 3600
4  SAN DIEGO, CA 92121
   TELEPHONE:  619.599.8292
5  FACSIMILE:   619.599.8291

6  Attorneys for Plaintiff Richard Douglass

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    Plaintiff RICHARD DOUGLASS and Defendants AIRCRAFT SERVICE
2 INTERNATIONAL, INC., AIR MENZIES INTERNATIONAL (USA), INC., and
3 MENZIES AVIATION (USA), INC. (hereinafter referred to as "Menzies" or
4 "Defendants") (collectively the "Parties"), by and through their undersigned counsel of
5 record, hereby file this Joint Motion to Continue the Early Neutral Evaluation Conference
6 ("ENE") scheduled for March 4, 2024 at 2:00 p.m. as follows:
7    Plaintiff filed this action in California Superior Court for the County of San Diego
8 on November 16, 2023. Defendants filed an Answer in San Diego Superior Court on
9 January 17, 2024 and removed the action to this Court later that day on January 17, 2024.
10 On January 18, 2024, this Court entered the Notice And Order Setting Early Neutral
11 Evaluation Conference; Rule 26 Compliance; and Case Management Conference, which
12 scheduled an ENE to take place remotely (via Zoom) on March 4, 2024.
13    The Parties have met and conferred to discuss various matters related to the
14 administration of this case, including the pendency of a ruling in a related case presently
15 on appeal in the Ninth Circuit, *Lopez v. Menzies Aviation (USA), Inc. et al.*, Case No.
16 2:21-cv-07108-DMG-Ex, and its relevancy to the issue of whether Plaintiff's claims are
17 subject to mandatory and binding arbitration. The Parties also initiated settlement
18 discussions and are nearing a potential resolution.
19    Prior to incurring any fees and costs in connection with an ENE, the Parties agreed
20 that a continuance of the ENE is in the best interest of the Parties. The Parties further
21 believe a continuance serves the interests in judicial economy as it would allow the
22 Parties to resolve this matter without taking up the Court's time and resources. This is
23 the first request for continuance of this kind submitted by the Parties.
24    Accordingly, and for good cause shown, the Parties hereby jointly request that the
25 ENE currently set for March 4, 2024 be continued at least 60 days until a date that is
26 convenient for the Court. Furthermore, consistent with the Parties' request to continue
27 the ENE, the Parties request the deadline for submitting a Confidential Early Neutral
28 Evaluation Brief be continued until five (5) days prior the new ENE date.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATE: FEBRUARY 20, 2024 | **ZAKAY LAW GROUP, APLC**<br>SHANI O. ZAKAY<br>JACKLAND K. HOM<br>JULIEANN ALVARADO |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | By: */s/ Shani O. Zakay*<br>SHANI O. ZAKAY<br>JACKLAND K. HOM<br>JULIEANN ALVARADO<br>Attorneys for Plaintiff RICHARD DOUGLASS |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | DATE: FEBRUARY 20, 2024 | **FOLEY & LARDNER LLP**<br>CHRISTOPHER WARD<br>KALEB N. BERHE |
| 11 | | |
| 12 | | |
| 13 | | By: */s/ Kaleb N. Berhe*<br>KALEB N. BERHE<br>Attorneys for Defendants AIRCRAFT SERVICE INTERNATIONAL, INC., AIR MENZIES INTERNATIONAL (USA), INC., and MENZIES AVIATION (USA), INC. |
| 14 | | |
| 15 | | |
| 16 | | |