**JCL LAW FIRM, APC**
Jean-Claude Lapuyade (State Bar #248676)
Monnett De La Torre (State Bar #272884)
Andrea Amaya Silva (State Bar #348080)
Kendall Garald (State Bar #351773)
5440 Morehouse Drive, Suite 3600
San Diego, CA 92121
Telephone: (619) 599-8292
Facsimile: (619) 599-8291
jlapuyade@jcl-lawfirm.com
mdelatorre@jcl-lawfirm.com
aamaya@jcl-lawfirm.com
kgarald@jcl-lawfirm.com

**ZAKAY LAW GROUP, APLC**
Shani O. Zakay (State Bar #277924)
5440 Morehouse Drive, Suite 3600
San Diego, CA 92121
Telephone: (619)255-9047
Facsimile: (858) 404-9203
shani@zakaylaw.com

Attorneys for Plaintiff RICHARD DOUGLASS

*(Additional Counsel on Next Page)*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DOUGLASS, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>MENZIES AVIATION (USA) INC., a Delaware corporation; AIRCRAFT SERVICE INTERNATIONAL, INC., a Delaware corporation; AIR MENZIES INTERNATIONAL (USA) INC., a Delaware corporation; and DOES 1-50, Inclusive,<br><br>  Defendants. | Case No. 3:24-cv-00115-JO-DDL<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: November 15, 2023<br>Removal Date:   January 17, 2024<br><br>District Judge:   David D. Leshner<br>Magistrate: |

NOTICE OF SETTLEMENT
4883-7513-2082.1

1 | Christopher Ward, Esq.
2 | Kaleb N. Berhe, Esq.
  | **FOLEY & LARDNER LLP**
3 | 555 South Flower Street, Suite 3300
  | Los Angeles, CA 90071-2411
4 | Telephone: 213-972-4572
5 | Facsimile: 213-486-0065
  | cward@foley.com
6 | kberhe@foley.com
7 |
  | Attorneys for DEFENDANTS

1
NOTICE OF SETTLEMENT

4883-7513-2082.1

| | |
|---|---|
| 1 | |
| 2 | Plaintiff RICHARD DOUGLASS ("Plaintiff") and Defendants MENZIES |
| 3 | AVIATION (USA) INC., AIRCRAFT SERVICE INTERNATIONAL, INC., and AIR |
| 4 | MENZIES INTERNATIONAL (USA) INC. ("Defendants") by and through their |
| 5 | respective counsel of record (hereinafter collectively, the "Parties"), hereby notify the |
| 6 | Court as follows: |
| 7 | WHEREAS, on November 16, 2023, Plaintiff filed a Complaint in San Diego |
| 8 | County Superior Court (against Defendants entitled *Richard Douglass v. Menzie's* |
| 9 | *Aviation (USA) Inc.*, case no. 37-2023-00049985-CU-OE-CTL ("Class Action"); |
| 10 | WHEREAS, on January 17, 2024, Defendants removed the Class Action from |
| 11 | state court to this Court; |
| 12 | WHEREAS, on March 22, 2024, the Parties reached a settlement of Plaintiff's |
| 13 | claims. The Parties are currently engaged in preparing a formal settlement agreement. |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | / / / |

1      WHEREAS, the settlement agreement will condition dismissal of this case on the
2 satisfactory completion of specified terms that are expected to be performed within 45-
3 days of the execution of the settlement agreement by all Parties.  The anticipated
4 dismissal will be with prejudice as to Plaintiff's individual claims and without prejudice
5 as to the claims of other class members.

7 Respectfully submitted,
8 Dated: March 27, 2024                FOLEY & LARDNER LLP

10                                     By: /s/ Kaleb N. Berhe
                                           Kaleb N. Berhe
11                                         Christopher Ward
12                                         Attorneys for Defendants

13 Dated: March 27, 2024                JCL LAW FIRM APC
14                                      ZAKAY LAW GROUP APLC

15                                     By: /s/ Jean-Claude Lapuyade
16                                         Jean-Claude Lapuyade
                                           Shani O. Zakay
17                                         Monnett De La Torre
18                                         Attorneys for Plaintiff

28 / / /

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Defendants' Counsel, and that I have obtained Defendants' Counsel's authorization to affix their electronic signature to this document.

Dated: March 27, 2024

**JCL LAW FIRM, APC**

By: */s/ Jean-Claude Lapuyade*
Jean-Claude Lapuyade
Attorney for Plaintiff

/ / /

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Notice of Electronic Filing.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 27, 2024                               **JCL LAW FIRM, APC**

                                                    By: */s/ Jean-Claude Lapuyade*
                                                    Jean-Claude Lapuyade
                                                    Attorney for Plaintiff