| | |
|---|---|
| **JCL LAW FIRM, APC**<br>Jean-Claude Lapuyade (State Bar #248676)<br>Monnett De La Torre (State Bar #272884)<br>Andrea Amaya Silva (State Bar #348080)<br>5440 Morehouse Drive, Suite 3600<br>San Diego, CA 92121<br>Telephone: (619) 599-8292<br>Facsimile: (619) 599-8291<br>jlapuyade@jcl-lawfirm.com<br>mdelatorre@jcl-lawfirm.com<br>aamaya@jcl-lawfirm.com<br><br>**ZAKAY LAW GROUP, APLC**<br>Shani O. Zakay (State Bar #277924)<br>5440 Morehouse Drive, Suite 3600<br>San Diego, CA 92121<br>Telephone: (619) 255-9047<br>Facsimile: (858) 404-9203<br>shani@zakaylaw.com<br><br>Attorneys for PLAINTIFF | **FOLEY & LARDNER LLP**<br>Christopher Ward, Esq.<br>Kaleb N. Berhe, Esq.<br>555 South Flower Street, Suite 3300<br>Los Angeles, CA 90071-2411<br>cward@foley.com<br>kberhe@foley.com<br><br>Attorneys for DEFENDANT |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DOUGLASS, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MENZIES AVIATION (USA) INC., a Delaware corporation; AIRCRAFT SERVICE INTERNATIONAL, INC., a Delaware corporation; AIR MENZIES INTERNATIONAL (USA) INC., a Delaware corporation; and DOES 1-50, Inclusive,<br><br>Defendants. | Case No. 3:24-cv-00115-JO-DDL<br><br>**JOINT MOTION AND STIPULATION TO CONTINUE SETTLEMENT DISPOSITION CONFERENCE**<br><br>Judge: Hon. David D. Leshner<br><br>Complaint Filed: November 16, 2023<br>Action Removed: January 17, 2024 |

Plaintiff RICHARD DOUGLASS ("Plaintiff") and Defendants MENZIES AVIATION (USA) INC., AIRCRAFT SERVICE INTERNATIONAL, INC., and AIR MENZIES INTERNATIONAL (USA) INC. ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record hereby stipulate as follows:

WHEREAS, Plaintiff filed this action as a class action complaint on November 16, 2023 in San Diego County Superior Court, Case No. 37-2023-00049985-CU-OE-CTL.

WHEREAS, Defendants removed the action to this Court on January 17, 2024.

WHEREAS, on March 27, 2024, the Parties filed a Notice of Settlement.

WHEREAS, this Court ordered the Parties to attend a Settlement Disposition Conference on May 10, 2024, at 3:00 PM.

WHEREAS, the settlement agreement will condition dismissal of this case on the satisfactory completion of specified terms that are expected to be performed within 45-days of the execution of the settlement agreement by all Parties. The anticipated dismissal will be with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of other class members.

WHEREAS, pursuant to the terms of the settlement agreement, the settlement funds are due to Plaintiff by May 17, 2024. The Parties intend to file a joint Motion to Dismiss the Action by May 24, 2024.

/ / /

1

JOINT MOTION TO CONTINUE SETTLEMENT DISPOSITION CONFERENCE

THEREFORE, the Parties further respectfully request that the Settlement Disposition Conference be continued to a date at least 30 days following May 24, 2024.

Dated: May 7, 2024

**FOLEY & LARDNER LLP**

By  /s/ Christopher Ward
CHRISTOPHER WARD
KALEB N. BERHE
Attorneys for Defendants

Dated: May 7, 2024

**JCL LAW FIRM, APC**

By  /s/ Jean-Claude Lapuyade
JEAN-CLAUDE LAPUYADE
Attorney for Plaintiff Richard Douglass

**ZAKAY LAW GROUP, APLC**

By  /s/ Shani O. Zakay
SHANI O. ZAKAY
Attorney for Plaintiff Richard Douglass

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on May 7, 2024, I electronically filed the foregoing with |
| 3 | the Clerk of the Court using the CM/ECF system which will send notification of such |
| 4 | filing to the email addresses denoted on the Notice of Electronic Filing. |
| 5 | |
| 6 | I certify under penalty of Perjury under the laws of the United States of |
| 7 | America that the foregoing is true and correct. Executed on May 7, 2024. |
| 8 | |
| 9 | JCL LAW FIRM, APC |
| 10 | /s/ Jean-Claude Lapuyade |
| 11 | Jean-Claude Lapuyade |
| 12 | Attorneys for Plaintiff |

## **SIGNATURE OF CERTIFICATION**

I hereby certify that the contents of this document are acceptable to counsel for Defendants, and that I have obtained all necessary authorization to affix Defendants' counsel's electronic signature to the document.

Dated: May 7, 2024                              JCL LAW FIRM, APC

                                              /s/ Jean-Claude Lapuyade
                                              Jean-Claude Lapuyade
                                              Attorneys for Plaintiff