**JCL LAW FIRM, APC**
Jean-Claude Lapuyade (State Bar #248676)
Monnett De La Torre (State Bar #272884)
Andrea Amaya Silva (State Bar #348080)
5440 Morehouse Drive, Suite 3600
San Diego, CA 92121
Telephone: (619) 599-8292
Facsimile: (619) 599-8291
jlapuyade@jcl-lawfirm.com
mdelatorre@jcl-lawfirm.com
aamaya@jcl-lawfirm.com

**ZAKAY LAW GROUP, APLC**
Shani O. Zakay (State Bar #277924)
5440 Morehouse Drive, Suite 3600
San Diego, CA 92121
Telephone: (619) 255-9047
Facsimile: (858) 404-9203
shani@zakaylaw.com

Attorneys for PLAINTIFF

**FOLEY & LARDNER LLP**
Christopher Ward, Esq.
Kaleb N. Berhe, Esq.
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2411
T: 213-972-4572
F: 213-486-0065
cward@foley.com
kberhe@foley.com

Attorneys for DEFENDANTS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DOUGLASS, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MENZIES AVIATION (USA) INC., a Delaware corporation; AIRCRAFT SERVICE INTERNATIONAL, INC., a Delaware corporation; AIR MENZIES INTERNATIONAL (USA) INC., a Delaware corporation; and DOES 1-50, Inclusive,<br><br>Defendants. | Case No. 3:24-cv-00115-JO-DDL<br><br>**JOINT MOTION AND STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Daniel D. Leshner |

Plaintiff RICHARD DOUGLASS ("Plaintiff") and Defendants MENZIES AVIATION (USA) INC., AIRCRAFT SERVICE INTERNATIONAL, INC., AIR MENZIES INTERNATIONAL (USA) INC. ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record hereby stipulate as follows:

WHEREAS, on November 16, 2023, Plaintiff filed this Class action against Defendants at the San Diego County Superior Court alleging eight causes of action on behalf of himself and on behalf of all persons similarly situated: (1) Unfair Competition in Violation of Cal. Bus. & Prof. Code §17200 *et seq*; (2) Failure to Pay Minimum Wages in Violation of Cal. Lab. Code §§ 1194, 1197 & 1197.1; (3) Failure to Pay Overtime Wages in Violation of Cal. Lab. Code §§ 510, *et seq*; (4) Failure to Provide Required Meal Periods in Violation of Cal. Lab. Code §§ 226.7 & 512 and the Applicable IWC Wage Order; (5) Failure to Provide Required Rest Periods in Violation of Cal. Lab. Code §§ 226.7 & 512 and the Applicable IWC Wage Order; (6) Failure to Provide Wages When Due in Violation of Cal. Lab. Code §§ 201, 202 and 203; (7) Failure to Reimburse Employees for Required Expenses in Violation of Cal. Lab. Code § 2802.

WHEREAS, on January 17, 2024, Defendants filed an Answer to Plaintiff's complaint in San Diego County Superior Court.

WHEREAS, on January 17, 2024, Defendants removed this action from state court to the Southern District.

WHEREAS, The Parties met and conferred to discuss various matters related to the administration of this case, including the pendency of a ruling in a related case presently on appeal in the Ninth Circuit, Lopez v. Menzies Aviation (USA), Inc. et al., Case No. 2:21-cv-07108-DMG-Ex and its relevancy to the issue of whether Plaintiff's claims are subject to mandatory and binding arbitration.

WHEREAS, the Parties have entered into a settlement agreement and agreed to settle Plaintiff's individual claims and dismiss the present action with prejudice.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their respective undersigned counsel, and for good cause, that upon entry of an Order by the Court approving the Stipulation:

1. All forthcoming deadlines, dates and events in this action shall be vacated.
2. The present action is dismissed in its entirety *with* prejudice.
3. The Parties shall each bear their own fees and costs.

Dated: May 24, 2024

**FOLEY & LARDNER LLP**

By  */s/ Christopher Ward*
CHRISTOPHER WARD
KALEB N. BERHE
Attorneys for Defendants Menzies Aviation (USA) Inc., Aircraft Service International, Inc., and Air Menzies International (USA) Inc.

Dated: May 24, 2024

**JCL LAW FIRM, APC**

By  */s/ Jean-Clause Lapuyade*
JEAN-CLAUDE LAPUYADE
Attorney for Plaintiff Richard Douglass

**ZAKAY LAW GROUP, APLC**

By  */s/ Shani O. Zakay*
SHANI O. ZAKAY
Attorney for Plaintiff Richard Douglass