**JCL LAW FIRM, APC**
Jean-Claude Lapuyade (State Bar #248676)
Monnett De La Torre (State Bar #272884)
Andrea Amaya Silva (State Bar #348080)
5440 Morehouse Drive, Suite 3600
San Diego, CA 92121
Telephone: (619) 599-8292
Facsimile: (619) 599-8291
jlapuyade@jcl-lawfirm.com
mdelatorre@jcl-lawfirm.com
aamaya@jcl-lawfirm.com

**ZAKAY LAW GROUP, APLC**
Shani O. Zakay (State Bar #277924)
5440 Morehouse Drive, Suite 3600
San Diego, CA 92121
Telephone: (619) 255-9047
Facsimile: (858) 404-9203
shani@zakaylaw.com

Attorneys for PLAINTIFF

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DOUGLASS, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MENZIES AVIATION (USA) INC., a Delaware corporation; AIRCRAFT SERVICE INTERNATIONAL, INC., a Delaware corporation; AIR MENZIES INTERNATIONAL (USA) INC., a Delaware corporation; and DOES 1-50, Inclusive,<br><br>Defendants. | Case No. 3:24-cv-00115-JO-DDL<br><br>**NOTICE OF WITHDRAWAL OF JOINT MOTION TO CONTINUE SETTLEMENT DISPOSITION CONFERENCE [DKT NO. 12]**<br><br>Judge: Hon. Daniel D. Leshner |

1 | Plaintiff RICHARD DOUGLASS (hereinafter "Plaintiff"), an individual, on behalf of himself, and on behalf of all persons similarly situated, by and through his counsel of record, hereby requests to withdraw Document Number 12, currently titled "Joint MOTION to Continue Settlement Disposition Conference" ("Motion") due to the document's title on the CM/ECF filing system being incorrectly named.

Plaintiff's counsel refiled the Motion as Document 13, immediately preceding the filing of this Notice of Withdrawal, on May 24, 2024.

Dated: May 24, 2024

**ZAKAY LAW GROUP**

By      /s/ Shani O. Zakay.
      SHANI O. ZAKAY, ESQ.
      Attorney for Plaintiff Richard Douglass