UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DOUGLASS, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MENZIES AVIATION (USA) INC., a Delaware corporation; AIRCRAFT SERVICE INTERNATIONAL, INC., a Delaware corporation; AIR MENZIES INTERNATIONAL (USA) INC., a Delaware corporation; and DOES 1-50, Inclusive,<br><br>Defendants. | Case No. 3:24-cv-00115-JO-DDL<br><br>**ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Jinsook Ohta |

Pursuant to the Parties' Joint Motion and Stipulation, and good cause appearing, the Court orders the following:

1. All forthcoming deadlines, dates and events in this action shall be vacated.
2. The present action is dismissed in its entirety *with* prejudice.
3. The Parties shall each bear their own fees and costs.

**IT IS SO ORDERED:**

DATED: May 29, 2024

_____
UNITED STATES DISTRICT JUDGE